IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-51127
Conference Calendar
_____

D.C. Docket No. 7:17-CR-153-1

United States Court of Appeals
Fifth Circuit

**FILED**
August 8, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CASY FRAZEE,

    Defendant - Appellant

    Appeals from the United States District Court for the
        Western District of Texas

Before KING, ELROD, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeals are dismissed as frivolous.



**Certified as a true copy and issued
as the mandate on Aug 30, 2018**

Attest:

**Clerk, U.S. Court of Appeals, Fifth Circuit**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-51127
Conference Calendar

**United States Court of Appeals
Fifth Circuit**

**FILED**
August 8, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                                Plaintiff-Appellee

v.

CASY FRAZEE,

                                Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:17-CR-153-1

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Casy Frazee has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Frazee has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Frazee's response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-51127

The record is not sufficiently developed to allow us to make a fair evaluation of Frazee's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 30, 2018

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 17-51127   USA v. Casy Frazee
    USDC No. 7:17-CR-153-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: /s/ Cindy Broadhead
    Cindy Broadhead, Deputy Clerk
    504-310-7707

cc:  Mr. Casy Frazee
     Mr. Joseph H. Gay Jr.