# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 23, 2021

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 20-50735   USA v. Frazee
                           USDC No. 7:19-CV-36

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Casey A. Sullivan, Deputy Clerk
                         504-310-7642

cc w/encl:
    Mr. Casy Frazee
    Mr. Joseph H. Gay Jr.

# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-50735

---

United States of America,

*Plaintiff—Appellee,*

versus

Casy Frazee,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CV-36

---

CLERK'S OFFICE:

Under 5ᵀᴴ Cir. R. 42.3, the appeal is dismissed as of February 23, 2021, for want of prosecution. The appellant failed to timely comply with this courts notice dated November 4, 2020.

**A True Copy**
**Certified order issued Feb 23, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-50735

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT